GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ., NV Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ., NV Bar No. 9040
E-mail: tgray@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Defendants Turnberry/MGM Grand Towers, LLC, Turnberry/MGM Grand Tower B, LLC, and Turnberry/MGM Grand Tower C, LLC*

| | |
|---|---|
| In re:<br>TURNBERRY/MGM GRAND TOWERS, LLC,<br>☒ Affects this Debtor. | Case No.: 2:16-cv-00252-MMD-PAL<br><br>Bankruptcy Case No.: 15-13706-abl |
| In re :<br>TURNBERRY/MGM GRAND TOWER B, LLC,<br>☒ Affects this Debtor. | **JOINTLY ADMINISTERED UNDER CASE NO.: 15-13706-abl**<br><br>Case No.: 15-13708-abl<br>Chapter 11 |
| In re :<br>TURNBERRY/MGM GRAND TOWER C, LLC<br>☒ Affects this Debtor. | Case No.: 15-13709-abl<br>Chapter 11 |
| KJH & RDA INVESTOR GROUP, LLC,<br>            Plaintiffs,<br>     v.<br>TURNBERRY/MGM GRAND TOWERS, LLC, et al.<br>            Defendants. | Case No.: 2:16-cv-00252-MMD-PAL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED, by the plaintiffs ("Plaintiffs") and defendants ("Defendants") in the above-captioned District Court case – *KJH & RDA Investor Group, LLC et al. v. Turnberry/MGM Grand Towers, LLC et al.,* Adv. No 2:16-cv-00252-MMD-PAL (the "District Court Case"), by and through their respective undersigned counsel of record, as follows:

1. Plaintiffs entered into a Confidential Settlement Agreement and General Release ("Settlement Agreement") with Defendants that resolves all disputes by and between them as set forth in the Settlement Agreement. The Settlement Agreement was approved by entry of an order of this United States Bankruptcy Court for the District of Nevada on February 23, 2017 (the "Order"). The terms of the Settlement Agreement require that this District Court Case be promptly dismissed by Plaintiffs.

2. The appeal taken from this Court's oral ruling on September 6, 2016, USCA Case No. 16-16632, was dismissed by entry of an order of the Ninth Circuit Court of Appeals on March 1, 2017.

3. This District Court Case shall be dismissed with prejudice, with each party to bear its, her, or his own attorneys' fees, expenses, and costs.

4. The *Stipulation of Dismissal with Prejudice* is intended to conclude this District Court Case in its entirety, including all claims that are, or could have been, asserted herein by Plaintiffs.

DATED this 9th day of March, 2017.

| PREPARED AND SUBMITTED: | APPROVED: |
|---|---|
| GARMAN TURNER GORDON LLP | GERARD & ASSOCIATES |
| By: */s/ Talitha Gray Kozlowski*<br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>650 White Drive, Suite 100<br>Las Vegas, Nevada 89119<br>*Attorneys for the Debtors*<br>*Turnberry/MGM Grand Towers, LLC,*<br>*Turnberry/MGM Grand Tower B, LLC*<br>*and Turnberry/MGM Grand Tower C,*<br>*LLC* | By: */s/ Norman Blumenthal*<br>ROBERT GERARD, ESQ.<br>RICARDO R. EHMANN, ESQ<br>2840 S. Jones Blvd. D-4<br>Las Vegas, NV 89146<br><br>NORMAN BLUMENTHAL, ESQ.<br>BLUMENTHAL NORDREHAUG &<br>BHOWMIK<br>2255 Calle Clara |

APPROVED:

SIDLEY AUSTIN, LLP

By: */s/ Yvette Ostolaza*
    ROBERT VELVIS, ESQ.
    YVETTE OSTOLAZA, ESQ.
    YOLANDA GARCIA, ESQ.
    2001 Ross Avenue, Suite 3600
    Dallas, Texas, 75201

SIDLEY AUSTIN LLP
JEREMY E. ROSENTHAL, ESQ.
555 West Fifth Street
Los Angeles, CA 90013

LARSON & ZIRZOW, LLC
MATTHEW C. ZIRZOW, ESQ.
810 S. Casino Center Blvd. #101
Las Vegas, Nevada

LEWIS ROCA ROTHERGERBER CHRISTIE LLP
MARK G. KRUM, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
*Attorneys for MGM Resorts International, MGM Grand Hotel, LLC, MGM Grand Condominiums, LLC, The Signature Condominiums, LLC, Signature Tower 1, LLC, Signature Tower 2, LLC and Signature Tower 3, LLC*

La Jolla, California 92037

BURTON WIAND
WIAND GUERRA KING P.L.
5505 W. Gray Street
Tampa, Florida 33600

DANIEL MARKS
LAW OFFICES OF DANIEL MARKS
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: March 9, 2017

_____
MIRANDA M. DU, U.S. DISTRICT COURT JUDGE